**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-8110**

_____

LONNIE D. MORRIS,

             Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISON MEDICAL
DEPARTMENT; E. BORHAM, Health Care (Gilmer - FCI)
Administrative; ELLEN MACE-LEIBSON, D.O. Clinical Director;
JAMES A. NOLTE, FNP; GILMER - F.C.I.; JOHN DOE; JANE DOE;
ANDREA HALL, RN; UNKNOWN,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern
District of West Virginia, at Martinsburg.  Gina M. Groh,
District Judge. (3:12-cv-00073-GMG-DJJ)

_____

Submitted:  April 17, 2013          Decided:  May 1, 2013

_____

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lonnie D. Morris, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnie D. Morris appeals the district court's order accepting the recommendation of the magistrate judge in part and dismissing his action filed under the Federal Tort Claims Act. We have reviewed the record and agree that Morris failed to comply with the requirements set forth in W. Va. Code Ann. § 55-7B-6 (LexisNexis 2008). Accordingly, we affirm for the reasons stated by the district court. <u>Morris v. United States</u>, No. 3:12-cv-00073-GMG-DJJ (N.D. W. Va. Dec. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2